UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

LOWELL FLEET MAINTENANCE, LLC, et al.,

    Defendants.

No. 25-cv-10457-NMG

**REPORT AND RECOMMENDATION ON
DEFENDANTS DRISS ANGARI AND HAYAT CHAHBOUNI'S
MOTION TO CONSOLIDATE OR DISMISS**

HEDGES, M.J.

Plaintiff Employers Mutual Casualty Company ("EMC") filed this action in February 2025, seeking a declaratory judgment that it is not obligated to defend or indemnify defendant Lowell Fleet Maintenance, LLC, under certain insurance policies. On September 2, 2025, Lowell Fleet Maintenance filed a motion to consolidate this case—*Employers Mutual Casualty Company v. Lowell Fleet Maintenance, LLC, et al.*, 25-cv-10457-NMG ("*EMC I*")—with two related, later-filed declaratory judgment actions: *Employers Mutual Casualty Company v. Lowell Fleet Maintenance, LLC, et al.*, 25-cv-11812-NMG ("*EMC II*") and *Lowell Fleet Towing, Inc. v. Employers Mutual Casualty Company*, 25-cv-12369-NMG. *See EMC I* at Docket No. 38. On October 3, 2025, the Court allowed the motion, consolidated the three cases, and designated the above-captioned action as the lead case. *See EMC I* at Docket No. 41.

*[Handwritten:]* Report and Recommendation accepted and adopted.

*NMGorton, SUSDJ 11/10/2025*